IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANK GILBERT,

        Plaintiff,

vs.                              Civil Action 2:06-CV-749
                                    Judge Smith
                                    Magistrate Judge King

STATE OF OHIO, MIAMI COUNTY,

        Defendant.

## ORDER

        On October 2, 2006, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of jurisdiction. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

                                                          s/George C. Smith
                                               George C. Smith, Judge
                                             United States District Court